**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Levee Breaks Investment Group, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **21-11542** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 23, 2021**       X **/s/ Brian Serpone**
                                              Signature of individual signing on behalf of debtor

                                              **Brian Serpone**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Levee Breaks Investment Group, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **21-11542**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................... $ **3,879,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................ $ **3,104.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... $ **3,882,104.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **2,882,385.98**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ **1,475,164.72**

4. Total liabilities ..................................................................................................................
   Lines 2 + 3a + 3b $ **4,357,550.70**

**Fill in this information to identify the case:**

Debtor name      **Levee Breaks Investment Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **21-11542**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Citizens Bank - balance as of August 31, 2021** | **Bank account** | **1652** | $0.00 |
| 3.2. | **Citizens Bank - balance as of August 31, 2021** | **Business Money Market account** | **1733** | $0.00 |
| 3.3. | **Citizens Bank - balance as of August 31, 2021** | **Business Checking account** | **1679** | $604.00 |
| 3.4. | **Citizens Bank - balance as of August 31, 2021** | **Business Checking account** | **1687** | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $604.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Levee Breaks Investment Group, LLC** | Case number *(If known)* **21-11542** |
|---|---|---|
| | Name | |

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Miscellaneous inventory in the nature of construction supplies. Property of unknown value.  No recent inventory.** | | **$0.00** | | **Unknown** |

| | | |
|---|---|---|
| 20. | **Work in progress** | |
| 21. | **Finished goods, including goods held for resale** | |
| 22. | **Other inventory or supplies** | |
| 23. | **Total of Part 5.** | **$0.00** |
| | Add lines 19 through 22.  Copy the total to line 84. | |

**24. Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Levee Breaks Investment Group, LLC**
_____
Name

Case number *(If known)*  **21-11542**

---

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Miscellaneous office furniture and supplies located at commercial office space.  No appraisal has been conducted.  Commingled with property of Brian Serpone and other parties at locations of Debtor.** | **Unknown** | | **$2,500.00** |
| **Miscellaneous household furniture, goods and wears related to real properties owned by Debtor and rented as fully furnished homes.  The Debtor has not conducted any appraisals or valuations.Commingled with property of Brian Serpone and other parties at locations of Debtor.** | **Unknown** | | **Unknown** |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$2,500.00** |
|---|

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Debtor | **Levee Breaks Investment Group, LLC** | Case number *(If known)* **21-11542** |
|---|---|---|
| | Name | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **10 Rainbow Road, West Yarmouth, MA. Finished and furnished single family home. Value is as listed for sale by Chapter 7 Trustee.** | **Fee simple** | **Unknown** | | **$530,000.00** |
| 55.2. **3 Jerusha Road, West Yarmouth, MA. Finished and furnished single family home. Value is as listed for sale by Chapter 7 Trustee.** | **Fee simple** | **Unknown** | | **$530,000.00** |
| 55.3. **14 Egg Harbor Road, West Yarmouth, MA. Finished and furnished single family home. Value is as listed for sale by Chapter 7 Trustee.** | **Fee simple** | **Unknown** | | **$545,000.00** |
| 55.4. **148 Wenward Way, West Yarmouth, MA. Unfinished single family home. Value is as listed for sale by Chapter 7 Trustee.** | **Fee simple** | **Unknown** | | **$299,000.00** |
| 55.5. **99 Berry Avenue, West Yarmouth, MA. Unfinished single family home. Value is as listed for sale by Chapter 7 Trustee.** | **Fee simple** | **Unknown** | | **$450,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Levee Breaks Investment Group, LLC** | | Case number *(If known)* **21-11542** |
|--------|----------------------------------------|--|---------------------------------------|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.6. | **7 Water Street, West Yarmouth, MA. Unfinished single family home. Value is as listed for sale by Chapter 7 Trustee.** | Fee simple | Unknown | **$400,000.00** |
| 55.7. | **24 Indian Trail, Dennis Port, MA. Vacant house lot. Value is as listed for sale by Chapter 7 Trustee.** | Fee simple | Unknown | **$125,000.00** |
| 55.8. | **21 G Fruean Road, Yarmouth, MA. Furnished office and commercial condominium bay. Value is as listed for sale by Chapter 7 Trustee.** | Fee simple | Unknown | **$350,000.00** |
| 55.9. | **55 Bayberry Road West Yarmouth MA Single family home Value is as listed for sale by Chapter 7 Trustee.** | | Unknown | **$650,000.00** |

56. **Total of Part 9.**

        **$3,879,000.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

| Debtor | **Levee Breaks Investment Group, LLC** | Case number *(If known)* **21-11542** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$604.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$2,500.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.* .....................................................................> | | **$3,879,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$3,104.00** + 91b. | **$3,879,000.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$3,882,104.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Levee Breaks Investment Group, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **21-11542**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Brian E. and Brenda A. Ridgeway**<br>Creditor's Name<br><br>**P.O. Box 331**<br>**North Eastham, MA 02651**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2/2/2021**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**148 Wenward Way, West Yarmouth, MA. Unfinished single family home.**<br>**Value is as listed for sale by Chapter 7 Trustee.**<br><br>**Describe the lien**<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | $325,000.00 | $299,000.00 |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **Cambridge Cape Cod Realty**<br>Creditor's Name<br><br>**11 Market Street**<br>**Cambridge, MA 02139**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**4/5/2019**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**21G Fruean Avenue, Unit C3, South Yarmouth, MA**<br><br>**Describe the lien**<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | $150,000.00 | $0.00 |

| Debtor | **Levee Breaks Investment Group, LLC** | Case number (if known) | **21-11542** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Cambridge Cape Cod Realty** | Describe debtor's property that is subject to a lien | $375,000.00 | $450,000.00 |
|---|---|---|---|---|

Creditor's Name

**28 Seminole Drive, West Yarmouth, MA. Unfinished single family home. Value is as listed for sale by Chapter 7 Trustee.**

**11 Market Street
Cambridge, MA 02139**

Creditor's mailing address

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**4/5/2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Cambridge Cape Cod Realty** | Describe debtor's property that is subject to a lien | $150,000.00 | $650,000.00 |
|---|---|---|---|---|

Creditor's Name

**55 Bayberry Road, West Yarmouth, MA. Finished and furnished single family home. Value is as listed for sale by Chapter 7 Trustee.**

**11 Market Street
Cambridge, MA 02139**

Creditor's mailing address

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**3/11/2021**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **Cambridge Cape Cod Realty** | Describe debtor's property that is subject to a lien | **Unknown** | $530,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Levee Breaks Investment Group, LLC**

Case number (if known)   **21-11542**

Name

Creditor's Name

**10 Rainbow Road, West Yarmouth, MA.
Finished and furnished single family home.
Value is as listed for sale by Chapter 7
Trustee.**

**11 Market Street
Cambridge, MA 02139**

Creditor's mailing address

Describe the lien

**Mortgage - face amount of $1.3Million**

Is the creditor an insider or related party?

■ No

□ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

**1/30/2020**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**

□ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

**1. Cambridge Cape Cod
Realty
2. Deborah Bearse
3. Cambridge Cape Cod
Realty**

As of the petition filing date, the claim is:
Check all that apply

■ Contingent

□ Unliquidated

□ Disputed

---

| 2.6 | **Cambridge Cape Cod Realty** | | $150,000.00 | $530,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**10 Rainbow Road, West Yarmouth, MA.
Finished and furnished single family home.
Additional collateral in non-debtor properties.
Value is as listed for sale by Chapter 7
Trustee.**

**11 Market Street
Cambridge, MA 02139**

Creditor's mailing address

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

■ No

□ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

**3/11/2021**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**

□ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Specified on line 2.5**

As of the petition filing date, the claim is:
Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

---

| 2.7 | **Deborah Bearse** | | $52,877.65 | $530,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**All of Debtors' real properties per attachment
of record.
Value is as listed for sale.**

Creditor's mailing address

Describe the lien

**Judicial Lien**

Is the creditor an insider or related party?

■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Levee Breaks Investment Group, LLC** | Case number (if known) | **21-11542** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**April 9, 2021**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.8 | **Debra Burgess and Wayne Burgess** | Describe debtor's property that is subject to a lien | **$339,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All of Debtors' real properties per attachment of record.** | | |

**1408 Hildreth Street**
**Dracut, MA 01826**

Creditor's mailing address

Describe the lien
**Judicial Lien**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**September 22, 2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.9 | **Funding Solutions, Inc.** | Describe debtor's property that is subject to a lien | **$100,000.00** | **$450,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **28 Seminole Drive, West Yarmouth, MA. Unfinished single family home.** **Value is as listed for sale by Chapter 7 Trustee.** | | |

**28 Hayes Road**
**Centerville, MA 02632**

Creditor's mailing address

Describe the lien
**Mortgage**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/10/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Levee Breaks Investment Group, LLC** | Case number (if known) | **21-11542** |
|---|---|---|---|
| | Name | | |

---

**2.1 0**

**Funding Solutions, Inc.**
Creditor's Name

**28 Hayes Road**
**Centerville, MA 02632**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/9/2020 - $125,000 original**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**3 Jerusha Road, West Yarmouth, MA &**
**14 Egg Harbor Road, West Yarmouth, MA**

Describe the lien
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**      **$530,000.00**

---

**2.1 1**

**Joseph and Marcia Siracusa**
Creditor's Name

**1 Great Meadow Road**
**Byfield, MA 01922**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**May 20, 2021**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All of Debtors' real properties per attachment of record.   Amount listed is amount of attachment. Paymennts were made after attachment.**

Describe the lien
**Judicial Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**$220,000.00**      **Unknown**

---

**2.1 2**

**Kenneth O. and Mary Alice Lindquist**
Creditor's Name

**11 Market Street**
**Cambridge, MA 02139**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**21G Fruean Avenue, Unit C3, South Yarmouth, MA**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

**$0.00**      **$0.00**

---

| Debtor | **Levee Breaks Investment Group, LLC** | Case number (if known) | **21-11542** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Lisa A. Saliba** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**All of Debtors' real properties per attachment of record.**

$300,000.00    Unknown

**62 Bacon Street**
**Winchester, MA 01890**
Creditor's mailing address

Describe the lien
**Judicial Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**August 26, 2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 4 | **Marlene Brown** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**All of Debtors' real properties per attachment of record.  Amount listed is amount per attachment.**

$340,000.00    Unknown

**1285 Lawrence Street**
**Lowell, MA 01852**
Creditor's mailing address

Describe the lien
**Judicial Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 26, 2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 5 | **Nancy Marble** | | |
|---|---|---|---|

Describe debtor's property that is subject to a lien

$130,508.33    Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 9

Debtor   **Levee Breaks Investment Group, LLC**
_____
Name

Case number *(if known)*   **21-11542**

---

Creditor's Name

**183 Leonard Street
Unit 6
Raynham, MA 02767**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
September 2, 2021**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**All of Debtors' real properties per attachment
of record.**
_____

**Describe the lien
Judicial Lien**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 6 |

**Thomas Latanzi**
_____
Creditor's Name

**8 Cardinal Lane
Orleans, MA 02653**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
3/6/2020**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**24 Indian Trail, Dennis Port, MA.
Vacant house lot.
Value is as listed for sale by Chapter 7
Trustee.**
_____

**Describe the lien
Mortgage**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$250,000.00**       **$125,000.00**

---

| 2.1 7 |

**Town of Dennis**
_____
Creditor's Name

**685 Route 134
South Dennis, MA 02660**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**All real estate owned by the Debtor in the
town of Dennis, Massachusetts.**
_____

**Describe the lien
Real Estate Taxes**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Unknown**        **Unknown**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 9

Debtor    **Levee Breaks Investment Group, LLC**                       Case number (if known)    **21-11542**
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **Town of Yarmouth** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Office of Collector of Taxes**
**1146 Rout 28**
**South Yarmouth, MA 02664**

Creditor's mailing address

**All real estate owned by the Debtor in the town of Yarmouth, Massachusetts.**

Describe the lien
**Real Estate Taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,882,385.98**

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Carter DeYoung** **270 Winter Street** **Hyannis, MA 02601** | Line  **2.7** | |
| **Gerald Phelps** **The Barnstable House** **3010 Main Street** **Barnstable, MA 02630** | Line  **2.8** | |
| **Jantzen & Associates, PC** **4 Liberty Square, 7th Floor** **Boston, MA 02109** | Line  **2.15** | |
| **John E. Saliba, Esq.** **4 Derne Street** **PO Box 8796** **Boston, MA 02114** | Line  **2.13** | |

---

11/23/21  4:32PM

| Debtor | **Levee Breaks Investment Group, LLC** | Case number (*if known*) | **21-11542** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Kenneth O. and Mary Alice Lindquist**<br>**11 Market Street**<br>**Cambridge, MA 02139** | Line | **2.2** |
| **Kenneth O. and Mary Alice Lindquist**<br>**11 Market Street**<br>**Cambridge, MA 02139** | Line | **2.3** |
| **Law Office of Ranen S. Schechner**<br>**10 Cedar Street, Suite 26**<br>**Woburn, MA 01801** | Line | **2.11** |
| **Seegel, Lopshutz, Lo & Martin, LLP**<br>**80 William Street**<br>**Wellesley Hills, MA 02481** | Line | **2.14** |

Fill in this information to identify the case:

Debtor name   **Levee Breaks Investment Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **21-11542**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,600.00** |
|---|---|---|---|
| | **Alice Denise Benjamin**<br>**19 Newton Road**<br>**Sandwich, MA 02563-2730** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Note Holder | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|
| | **Andrew Savarese**<br>**225 R Street NW**<br>**Washington, DC 20001-1913** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Note Holder | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160,000.00** |
|---|---|---|---|
| | **Andy Cornella**<br>**5797 North Mesa Drive**<br>**Castle Rock, CO 80108-9308** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Note Holder | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Angela Philbrook, Esq.**<br>**148A Cranberry Highway**<br>**Orleans, MA 02653** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Professional Services | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Levee Breaks Investment Group, LLC** | Case number (if known) | **21-11542** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,200.00** |
|---|---|---|---|

**Annmarie DiGiovanni**
**99 Highland Avenue**
**Malden, MA 02148-6623**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arthur Courtman**
**13 Cottage Street**
**Whitinsville, MA 01588-1401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Barbara Clifford**
**70 Eagle Drive**
**Tewksbury, MA 01876-4523**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Barbara Faso**
**31 Avon Street**
**Reading, MA 01867-3633**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barbara M. Sampson Revocable Trust**
**P.O. Box 32**
**Forestdale, MA 02644-2008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$230,000.00** |
|---|---|---|---|

**Beverly Ring**
**51 Florence Avenue**
**Attleboro, MA 02703-7603**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian Serpone**
**14 Rainbow Road**
**West Yarmouth, MA 02673**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim:  **Loans and other contributions.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Levee Breaks Investment Group, LLC** | Case number (if known) | **21-11542** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,650.01**

**Bridle Path Properties, LLC**
**c/o Elliott Colasanto**
**Southington, CT 06489-4044**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**Candis and Robert Cioffi**
**12 Adrienne Road**
**East Walpole, MA 02032-1302**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Carolyn D'Angelo**
**P.O. Box 1633**
**Wolfeboro, NH 03894-1633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,050.07**

**CGC Trust**
**c/o  Charles Coffey**
**15 King Street**
**Mansfield, MA 02048-1417**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Colasantos**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Comcast**
**P.O. Box 1577**
**Newark, NJ 07101-1577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **utiltiy services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Darlene Colasanto**
**141 Bridle Path**
**Southington, CT 06489-4044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Levee Breaks Investment Group, LLC** | Case number (if known) | **21-11542** |
|---|---|---|---|
| | Name | | |

---

**3.19**

**Nonpriority creditor's name and mailing address**
**David Mandeix**
**178 Church Street**
**Waltham, MA 02452-5618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.20**

**Nonpriority creditor's name and mailing address**
**Dawn Carlotto**
**129 Mayfair Road**
**South Dennis, MA 02660-0396**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

**$112,000.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**
**Diane Savarese**
**367 Howard Street**
**Northborough, MA 01532-1030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,000.00**

---

**3.22**

**Nonpriority creditor's name and mailing address**
**Duane Sullivan**
**115 Nahatan Street**
**Westwood, MA 02090-3605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.23**

**Nonpriority creditor's name and mailing address**
**Dwyer LLC**
**10 Derne Street**
**Boston, MA 02114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Edwin Colasanto**
**116 Midfield Drive, Apt. 11**
**Waterbury, CT 06705-3937**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,250.00**

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Eileen and Alan Donaldson**
**64 Satuit Trail**
**Scituate, MA 02066-3738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,000.00**

---

| Debtor | **Levee Breaks Investment Group, LLC** | | Case number *(if known)* | **21-11542** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Erin O'Neill**
**P.O. Box 604**
**Green Harbor, MA 02041-0604**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eversource**
**Customer Care**
**1 Nstar Way, SW 200**
**Westwood, MA 02090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  utiltity services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140,000.00** |
|---|---|---|---|

**Francis W. Watlington**
**173 Mount Auburn Street**
**Cambridge, MA 02138-4835**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Geralyn Mackay**
**447 Quincy Shore Drive, Apt. 1**
**Quincy, MA 02171-1829**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39,916.74** |
|---|---|---|---|

**Harvey Swartz Marital Trust**
**c/o Marie Swartz, Trustee**
**35 Harvestwood Lane**
**Mansfield, MA 02048-3086**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**IRS**
**Special Procedures STOP 20800**
**P.O. Box 9112**
**Boston, MA 02203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Listed for Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Janice Blatt**
**221 Playstead Road**
**Schenevus, NY 12155-1560**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Levee Breaks Investment Group, LLC** | Case number (if known) | **21-11542** |
|---|---|---|---|

Name

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,983.48**

Jeanne Franz
12 Greenhouse Lane
Cincinnati, OH 45209-2363

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Note Holder

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Jeffery Johnson, Esq.
67 School Street
Hyannis, MA 02601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Listed for Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

John Saliba
 4 Derne Street
Boston, MA 02114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Listed for Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Joseph and Marcia Siracusa
1 Great Meadow Road
Byfield, MA 01922-1614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Note Holder

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**

KA Financial Services, Inc.
11 Elwood Street
Everett, MA 02149-3104

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Note Holder

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

Karen Pinelli
90 Ocean Street
Lynn, MA 01902-2053

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Note Holder

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00**

Kathy Barrows
120 Myrtle Street, #22
Waltham, MA 02453-0529

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Note Holder

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Levee Breaks Investment Group, LLC** | Case number (if known) | **21-11542** |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address**
Kathy Scomis
7H Merrimack Way
Tyngsboro, MA 01879-2762

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Note Holder

Is the claim subject to offset? ☒ No ☐ Yes

$7,983.48

---

**3.41** | **Nonpriority creditor's name and mailing address**
Kristin Coffey
15 King Street
Mansfield, MA 02048-1417

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Note Holder

Is the claim subject to offset? ☒ No ☐ Yes

$31,950.07

---

**3.42** | **Nonpriority creditor's name and mailing address**
Kyle Colasanto
5 Hazelwood Drive
Oxford, CT 06478-4044

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Note Holder

Is the claim subject to offset? ☒ No ☐ Yes

$3,500.08

---

**3.43** | **Nonpriority creditor's name and mailing address**
Leonard Iannessa
7 Leseur Road
Hyde Park, MA 02136-3906

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Note Holder

Is the claim subject to offset? ☒ No ☐ Yes

$50,000.00

---

**3.44** | **Nonpriority creditor's name and mailing address**
Linda M. Browne
25 Salt Marsh Lane
Wareham, MA 02571-2456

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Note Holder

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.45** | **Nonpriority creditor's name and mailing address**
Linda Ruggiero
11076 Discovery Drive NW
Concord, NC 28027-4800

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Note Holder

Is the claim subject to offset? ☒ No ☐ Yes

$11,841.82

---

**3.46** | **Nonpriority creditor's name and mailing address**
Lisa Saliba
62 Bacon Street
Winchester, MA 01890-2602

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Note Holder

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Levee Breaks Investment Group, LLC** | Case number *(if known)* | **21-11542** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lovett O'Brien LLP**
**1 Beacon Street**
**Suite 1320**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Listed for Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Luz Parisien**
**60 Eagle Drive**
**Tewksbury, MA 01876-4523**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Margaret Govednik**
**2 Chester Avenue**
**Bristol, RI 02809-1416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marlene Brown**
**1285 Lawrence Street**
**Lowell, MA 01852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marlene Hnilica**
**822 Kings Crossing Drive**
**Concord, NC 28027-6443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mass. Secretary of the Commonwealth**
**1 Ashburton Place**
**17th Floor**
**Boston, MA 02108**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Listed for Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Massachusetts Department of Revenue**
**Bankruptcy Unit**
**PO Box 9564**
**Boston, MA 02114-9564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Listed for Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Levee Breaks Investment Group, LLC** | Case number (if known) | **21-11542** |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Matthew Savarese**
**3 Clyde Terrace**
**Arlington, MA 02474-1509**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Michael Gormley**
**611 Reservoir Road**
**Lunenburg, MA 01462-1540**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nancy Marble**
**183 Leonard Street, Unit 6**
**Raynham, MA 02767-6128**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nancy Sheehan**
**33 Whitecomb Garden**
**Plymouth, MA 02360-5084**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**National Grid**
**PO Box 960**
**Northborough, MA 01532-0960**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **utiltity services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,666.67** |
|---|---|---|---|

**Nora Jean Wall**
**25 Emily Road**
**Framingham, MA 01701-4521**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Paul Farineau**
**5 Fairway Drive**
**Amherst, NH 03031-2718**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Levee Breaks Investment Group, LLC** | Case number *(if known)* | **21-11542** |
|--------|----------------------------------------|--------------------------|--------------|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
Penny Johnson
6410 Hasley Woods Drive
Huntersville, NC 28078-1219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
Rachel Mandeix
38 Broad Street
Rehoboth, MA 02769-1215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**
Regine Aristilde
11 Elwood Street
Everett, MA 02149-3104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
Reilly Associates/Martin Reilly
27 Nantucket Street
Hyannis, MA 02601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
Rich LaTores
42 Warwick Street
Somerville, MA 02145-3510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
Rita Manuel
597 Main Street, #9
Stoneham, MA 02180-2800

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00**
Roberta Collins
46 Yale Avenue, Unit B
Wakefield, MA 01880-2309

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Levee Breaks Investment Group, LLC** | Case number (if known) | **21-11542** |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,591.82** |
|---|---|---|---|

**Rosalie Cunio**
**94 Candlewood Drive**
**Waltham, MA 02451-1309**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

**Basis for the claim:** **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Sandra Dion**
**18 Clinton Street**
**Mansfield, MA 02048-1904**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

**Basis for the claim:** **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scott Stover**
**25 Salt Marsh Lane**
**Wareham, MA 02571-2456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

**Basis for the claim:** **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sheila Burke**
**33 Intrepid Circle, Unit 107**
**Marblehead, MA 01945-2591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

**Basis for the claim:** **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephen M. Sweeney**
**49 Post Island Road**
**Quincy, MA 02169-2643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

**Basis for the claim:** **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Susan Lee Traft**
**3 Sycamore Drive**
**Kingston, MA 02364-1242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

**Basis for the claim:** **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,180.48** |
|---|---|---|---|

**Tatiana Bechard**
**26 Addy Drive**
**Bristol, RI 02809-4354**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

**Basis for the claim:** **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Levee Breaks Investment Group, LLC** | Case number (if known) | **21-11542** |
|---|---|---|---|
| | Name | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Teresa M. Mancini**
**499 Middle Street**
**East Weymouth, MA 02189**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Note Holder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thomas Poirier**
**413 Cypress Point**
**Huntersville, NC 28078-0076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Note Holder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Verdolino & Lowey. P.C.**
**124 Washington Street, Suite 101**
**Foxboro, MA 02035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Professional services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$78,800.00** |
|---|---|---|---|

**William Irving**
**1116 Great Plain Avenue**
**Needham, MA 02492-2300**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Note Holder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**William Mazenkas**
**204 Ross Drive**
**Lynnfield, MA 01940-2336**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Note Holder

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Neubert, Pepe & Monteith**<br>**195 Church Street**<br>**New Haven, CT 06510** | Line  **3.16**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. | + $ | **1,475,164.72** |

---

| Debtor | **Levee Breaks Investment Group, LLC** | | Case number (if known) | **21-11542** |
|---|---|---|---|---|
| | Name | | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____ **1,475,164.72**

**Fill in this information to identify the case:**

Debtor name    **Levee Breaks Investment Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **21-11542**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Levee Breaks Investment Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **21-11542**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

    **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1   **Brian Serpone** | **14 Rainbow Road**<br>**West Yarmouth, MA 02673**<br>**Potential liability to various noteholders** | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2   **Dennis Serpone** | **580 Salem Street**<br>**Suite 32**<br>**Wakefield, MA 01880**<br>**Potential liability to various noteholders** | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3   **Levee Breaks Realty Trustee** | **14 Rainbow Lane**<br>**West Yarmouth, MA 02673**<br>**Potential liability on mortgage obligations** | | **Brian E. and Brenda A. Ridgeway** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.4   **Levee Breaks Realty Trustee** | **14 Rainbow Lane**<br>**West Yarmouth, MA 02673**<br>**Potential liability on mortgage obligations** | | **Cambridge Cape Cod Realty** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.5   **New England Restaurant Brokers, Inc.** | **580 Salem Street**<br>**Suite 32**<br>**Wakefield, MA 01880**<br>**Potential liability to various noteholders** | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Levee Breaks Investment Group, LLC**

Case number *(if known)*    **21-11542**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

**Fill in this information to identify the case:**

Debtor name    **Levee Breaks Investment Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **21-11542**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **Unknown** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Levee Breaks Investment Group, LLC**                    Case number *(if known)*  **21-11542**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Statement** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See Statement** | | **Unknown** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **In matter of Dennis Serpone and Levee Breaks Investment Group, LLC, Office of Secretary of Commonwealth Securities Division<br>E-2019-0126** | **Administrative Action** | **Office of Secretary of Commonwealth<br>One Ashburton Place Room<br>Boston, MA 02108** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **Marlene A. Browne, Individually and as Trustee  v. Debtor, et al.<br>21-1545** | **Collection** | **Middlesex Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Levee Breaks Investment Group, LLC**                    Case number *(if known)*  **21-11542**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Nancy Marble v. Debtor, et al.**<br>**21-1670** | **Collection** | **Middlesex Superior Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Debra Burgess and Wayne**<br>**Burgess v. Debtor**<br>**21-0286** | **Commercial**<br>**Litigation** | **Barnstable Superior Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Deborah Bearse v. Debtor**<br>**18-0390** | | **Barnstable District Court**<br>**Route 6A**<br>**Barnstable, MA 02630** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.6. | **Marcia and Joseph Siracusa**<br>**21-1028** | **Collection** | **Middlesex Superior Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of**
**the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Levee Breaks Investment Group, LLC**                    Case number *(if known)*  **21-11542**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fletcher Tilton PC**<br>**1597 Falmouth Rd., Suite 3**<br>**Centerville, MA 02632** | | **October 20, 2021** | **$6,500.00** |
| | **Email or website address**<br>**arodolakis@fletchertilton.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Brian Serpone** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **REal Estate Sales** | **In the two years prior to the Petition Date, the Debtor purchased and sold several real properties.  The Debtor believes these sales were part of the ordinary course of its buisnsess.** | | **Unknown** |
| | **Relationship to debtor** | | | |

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

Debtor    **Levee Breaks Investment Group, LLC**

Case number *(if known)*   **21-11542**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☐ None

---

Debtor    **Levee Breaks Investment Group, LLC**                Case number *(if known)*  **21-11542**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various** | | **Personal property including inventory and furniture located at completed houses of Debtor and in office building.  Items variously owned by Brian Serpone and family members.** | **Unknown** |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | **Employer Identification number** Do not include Social Security number or ITIN. **Dates business existed** |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☑ None

Debtor     **Levee Breaks Investment Group, LLC**                     Case number *(if known)*  **21-11542**

| Name and address | Date of service From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brian Serpone** | **14 Rainbow Road West Yarmouth, MA 02673** | **Manager** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Craig R. Jalbert, CIRA** | | | **Portion of 2021 piror to Petition Date.** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

| Debtor | **Levee Breaks Investment Group, LLC** | | Case number *(if known)* | **21-11542** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 . | **Brian Serpone**<br>**14 Rainbow Road**<br>**West Yarmouth, MA 02673** | **Various** | **Various** | **Repayment of loans and contributions.** |
| | Relationship to debtor<br>**Manager** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November 23, 2021**

**/s/ Brian Serpone**                                          **Brian Serpone**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes