United States Bankruptcy Court

District of Massachusetts

In re:                                                                           Case No. 21-11542-jeb

Levee Breaks Investment Group, LLC                                                Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0101-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Levee Breaks Investment Group, LLC, 21 Fruean Way, Unit G, South Yarmouth, MA 02664-1690 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023                   Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alex M. Rodolakis | on behalf of Debtor Levee Breaks Investment Group  LLC arodolakis@fletchertilton.com, arodolakis@fletchertilton.com |
| Brian W. Riley | on behalf of Creditor Town of Dennis briley@k-plaw.com |
| David B. Madoff | alston@mandkllp.com  MA28@ecfcbis.com |
| David B. Madoff | on behalf of Trustee David B. Madoff madoff@mandkllp.com  alston@mandkllp.com |
| Jay P. Johnson | on behalf of Creditor Linda Ruggiero jpj@jpjlaw.net |
| Jeffery Johnson | on behalf of Creditor Funding Solutions  LLC jeff@jefferyjohnsonesq.com, wendy@jefferyjohnsonesq.com |

District/off: 0101-1                               User: admin                                    Page 2 of 2

Date Rcvd: Jun 28, 2023                            Form ID: pdf012                                Total Noticed: 1

John Fitzgerald

      USTPRegion01.BO.ECF@USDOJ.GOV

John E Saliba

      on behalf of Creditor Lisa Saliba johnesaliba@comcast.net

Michael P Trainor

      on behalf of Creditor Frank Romaglia mtrainor@blankrome.com

Nina M. Parker

      on behalf of Creditor Joseph and Marcia Siracusa nparker@ninaparker.com  rondag@ninaparker.com;alston@mandkllp.com

Peter Riordan

      on behalf of Creditor Nancy Marble priordan@js-law.com

Peter M. Daigle

      on behalf of Creditor Dawn L. Carlotto pmdaigleesq@yahoo.com
      daiglelawoffices@gmail.com;pace.patriciar43947@notify.bestcase.com;jwong@daiglelawoffice.com

Steffani M. Pelton

      on behalf of Trustee David B. Madoff pelton@mandkllp.com

Victor A. Denaro

      on behalf of Creditor Nora Wall vdenarolaw@comcast.net


TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>LEVEE BREAKS INVESTMENT<br>GROUP, LLC,<br><br>          Debtor. | Chapter 7<br>Case No. 21-11542-JEB |

**ORDER REGARDING CHAPTER 7 TRUSTEE'S**
**FIRST OMNIBUS OBJECTION TO CLAIMS**

This matter came before the Court on the Chapter 7 Trustee's First Omnibus Objection to Claims dated February 3, 2023 (the "Objection"). The Court previously entered an order dated April 4, 2023, ruling on each matter in the Objection except the Objection to the Claim of Robert and Candis Cioffi. By separate orders, the Court continued the hearing and twice extended the response deadline as to that matter because of insufficient service. The Objection was then duly served by the Trustee, along with notices of the Objection and the extended response deadline. No response was filed.

Having reviewed the Objection and the Claim, good cause being shown, it is **ORDERED** that the secured claim of **Robert and Candis Cioffi** in the amount of $90,000.00, and identified as **Claim No. 12** in the Claims Register, is **ALLOWED** as a general unsecured claim in the amount of $90,000.00.

Dated: June 28, 2023

                                     _Janet E. Bostwick_
                                     _____
                                     Janet E. Bostwick
                                     United States Bankruptcy Judge